1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Suite 112
Fresno, California 93720
3 Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5 Attorney for Defendant, JOSE SALAS

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,           )   CASE #6:05-mj-00113-WMW
                                      )
11               Plaintiff,           )
                                      )   STIPULATION TO CONTINUE
12                                    )   STATUS CONFERENCE UNTIL
                                      )   AUGUST 30, 2005
13 vs                                 )
                                      )
14                                    )
                                      )
15 JOSE SALAS                         )
                                      )
16               Defendant.           )
                                      )
17 _____    )

18       IT IS HEREBY STIPULATED by and between the Defendant, JOSE SALAS, his

19 Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

20 CASEY BONNER, that the Status Conference in the above-captioned matter currently scheduled

21 for August 23, 2005, at 10:00 a.m. be continued until August 30, 2005 at 10:00 a.m.

22 Dated: August 18, 2005

23                                         By:  /S/ Carol Ann Moses
                                                CAROL ANN MOSES
24                                              Attorney for Defendant
                                                JOSE SALAS
25 Dated: August 18, 2005

26                                         By:  /S/ Casey Bonner
                                                Casey Bonner
27                                              Legal Officer for
                                                United States Government
28

1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1   * * * ORDER * * *

2   The Court, having reviewed the above request for a Continuance of Status Conference

3   until August 30, 2005 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

4      1.   The Status Conference for Defendant, JOSE SALAS, shall be continued to

5   August 30, 2005 at 10:00 a.m.

6   Dated: _____, 2005

By: _____
WILLIAM M WUNDERLICH
United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   August 22, 2005            /s/  William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE